FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00410-BNB

CRYSTAL SIERRA-GARCIA,

Plaintiff,

v.

EXECUTIVE DIRECTOR,
C/O HAWKS,
ROBBIE BOLTON (SOTMP),
PATRICIA MONTEZ (SOTMP),
RUDY BACA (CM),
CWCF MEDICAL,
LA VISTA MEDICAL AND MENTAL HEALTH,
DWCF MEDICAL AND MENTAL HEALTH, and
PATRICIA DURAN CM,

Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE
AMENDED PRISONER COMPLAINT

---

Plaintiff, Crystal Sierra-Garcia, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Denver Women's Correctional Facility in Denver, Colorado. On February 17, 2011, Plaintiff, acting *pro se*, initiated this action by filing a Prisoner Complaint. Plaintiff asserts jurisdiction in this case pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983. In the Complaint, Plaintiff challenges her conditions of his confinement. Plaintiff seeks injunctive relief and money damages.

The Court must construe the Complaint liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, should not act

as a *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Plaintiff will be ordered to file an Amended Complaint.

Plaintiff must name the proper parties who are responsible for violating her constitutional rights and assert each defendant's personal participation in the alleged constitutional violations. Personal participation is an essential allegation in a civil rights action. See *Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Plaintiff must show that each defendant caused the deprivation of a federal right. See *Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. See *Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993).

A named defendant may not be held liable merely because of his or her supervisory position. See *Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983). Also, the La Vista, CWCF, and DWCF medical and mental health departments are not "persons" for purposes of 42 U.S.C. § 1983. Plaintiff must name the individuals in the medical and mental health departments who are responsible for allegedly violating her constitutional rights.

To state a claim in federal court, a complaint must explain what each defendant did to harm a plaintiff, when the defendant did it, how the defendant's action harmed the plaintiff, and what specific legal right the plaintiff believes the defendant violated. *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

Plaintiff should note that she must list the same named defendants in both the caption on Page One and on Page Two in Section "A. Parties" of the Complaint form. She also must provide the address for each named defendant in Section A. Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Plaintiff file an Amended Complaint that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the Prisoner Complaint form for use in submitting the Amended Complaint. It is

FURTHER ORDERED that if Plaintiff fails within the time allowed to file an Amended Complaint that complies with this Order, the Complaint and the action will be dismissed without further notice.

DATED April 20, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00410-BNB

Crystal Sierra-Garcia
Prisoner No. 135827
Denver Women's Correctional Facility
PO Box 392005
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on April 20, 2011.

                                    GREGORY C. LANGHAM, CLERK

                                    By:_____
                                                     Deputy Clerk