FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 14 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00410-BNB

CRYSTAL SIERRA-GARCIA,

    Plaintiff,

v.

EXECUTIVE DIRECTOR,
C/O HAWKS,
ROBBIE BOLTON (SOTMP),
PATRICIA MONTEZ (SOTMP),
RUDY BACA (CM),
CWCF MEDICAL,
LA VISTA MEDICAL AND MENTAL HEALTH,
DWCF MEDICAL AND MENTAL HEALTH, and
PATRICIA DURAN CM,

    Defendants.

## ORDER TO DISMISS IN PART AND TO DRAW IN PART

Plaintiff, Crystal Sierra-Garcia, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Denver Women's Correctional Facility in Denver, Colorado. On February 17, 2011, Ms. Sierra-Garcia, acting *pro se*, submitted to the Court a Prisoner Complaint pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343. Magistrate Judge Boyd N. Boland reviewed the Complaint and entered an order on April 20, 2011, instructing Ms. Sierra-Garcia to file an Amended Complaint within thirty days and to state how each named Defendant personally participated in the alleged constitutional violations.

Although Ms. Sierra-Garcia failed to comply with the April 20 Order within the time allowed, on June 7, 2011, Magistrate Judge Boland gave her an additional thirty days to amend. Magistrate Judge Boland also instructed Ms. Sierra-Garcia that if she

failed to comply within the time allowed the Court would proceed to review the merits of the Complaint she originally filed with the Court on February 17, 2011. Ms. Sierra-Garcia has failed to file an Amended Complaint within the time allowed. The Court will proceed to review the merits of the claims Ms. Sierra-Garcia asserted in the original Complaint.

Ms. Sierra-Garcia was instructed in the April 20 Order that she must assert personal participation by each named defendant and explain what each defendant did to her, when the defendant did the action, how the action harmed her, and what specific legal right she believes the defendant violated. Ms. Sierra-Garcia also was instructed in the April 20 Order that the CWCF, La Vista, and DWCF medical and mental health departments are not "persons" for the purposes of 42 U.S.C. § 1983. Because Ms. Sierra-Garcia has elected not to file an Amended Complaint and cure the deficiencies in her original Complaint she has failed to state a claim against Defendants Executive Director (Ari Zavaras), CWCF Medical and Mental Health, La Vista Medical and Mental Health, and DWCF Medical and Mental Health. As a result, the Court will dismiss these Defendants.

The Eighth Amendment claim Ms. Sierra-Garcia asserts against Defendants C/O Hawks, Robbie Bolton, Patricia Montez, and Rudy Baca, seeking money damages and injunctive relief, aside from early release on parole, will be drawn to a district judge and to a magistrate judge. Early release on parole is not an available remedy in this § 1983 action. Accordingly, it is

ORDERED that the Complaint and claims asserted against Defendants C/O Hawks, Robbie Bolton, Patricia Montez, and Rudy Baca shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that Defendants Executive Director (Ari Zavaras), CWCF Medical and Mental Health, La Vista Medical and Mental Health, and DWCF Medical and Mental Health are dismissed from the action, and the Clerk of the Court is instructed to remove them as named parties to this action.

DATED at Denver, Colorado, this __14th__ day of ___July_____, 2011.

BY THE COURT:

__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00410-BNB

Crystal Sierra-Garcia
Prisoner No. 135827
Denver Women's Correctional Facility
PO Box 392005
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk